No. 692. RING CONSTRUCTION CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Josiah E. Brill* and *Robert A. Littleton* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 717. OSBORNE ET AL. v. PURDOME, SHERIFF. Supreme Court of Missouri. Certiorari denied. *John T. Barker* for Osborne et al.; and *Amos T. Hall* for Cabbell, petitioners. *John W. Oliver* and *Horace F. Blackwell, Jr.* for respondent.

No. 727. AIR PRODUCTS, INC. v. BOSTON METALS CO. C. A. 4th Cir. Certiorari denied. *James P. Burns, James J. Shanley* and *Benjamin C. Howard* for petitioner. *John Vaughan Groner, Simon E. Sobeloff* and *Clarence D. Kerr* for respondent.

No. 732. SEARS, ROEBUCK & CO. v. BROUGHTON. C. A. 6th Cir. Certiorari denied. *Murray Seasongood* and *Lester A. Jaffe* for petitioner. *John T. Diederich* for respondent.

No. 232, Misc. RUTLEDGE v. HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied.

No. 384, Misc. FENTRESS v. SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 441, Misc. BEECHER v. LEAVENWORTH STATE BANK ET AL. C. A. 9th Cir. Certiorari denied.